**No. 53649.**—Collin & Gissel *v.* United States, protests 122954–K and 123228–K (Galveston).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise consists of parts of vertical field balances and that the balances of which these articles are parts are similar in all material respects to those the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corp.* v. *United States* (20 id. 302, Abstract 52267), and *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121).   Since paragraph 372 provides that "parts, not specially provided for   *   *   *   of any of the foregoing, shall be dutiable at the same rate of duty as the articles of which they are parts," it was held, upon the cited authorities, that the parts of vertical field balances in question are properly dutiable at 27½ percent under paragraph 372 as parts of machines, not specially provided for.   The protests were sustained to this extent.

**No. 53650.**—American Merchandise Co., Inc., et al. *v.* United States, protests 42941–K, etc. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 53651.**—Comet Textile Co., Inc., et al. *v.* United States, protests 468305–G, etc. (New York).

Opinion by RAO, J.   By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53652.**—Carson, Pirie, Scott & Co. et al. *v.* United States, protests 979075–G/88362, etc. (Chicago).

Opinion by RAO, J.   The protests were dismissed.

**No. 53653.**—Simon Import Corp. *v.* United States, protests 127878–K; etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53654.**—British West Indies Corp. *v.* United States, protest 149028–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53655.**—Barth Guttman Textile Corp. et al. *v.* United States, protests 136545–K, etc. (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 24, 1949

**No. 53656.**—Austin, Nichols & Co., Inc., et al. *v.* United States, protests 116298–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53657.**—Austin, Nichols & Co., Inc., et al. *v.* United States, protests 123504–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53658.**—State of Ohio Department of Liquor Control *v.* United States, protest 144272–K (Tampa).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53659.**—Vintage Wine, Inc. *v.* United States, protests 122503–K, etc. (New York).